Jeffrey R. Hall (9572)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: 702-385-2500
Fax: 702-385-2086
jhall@hutchlegal.com

*Attorneys for Shift4 Payments, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE PRETTY KITTY, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SHIFT4 PAYMENTS, LLC, a Delaware limited liability company, and CITIZENS FINANCIAL GROUP, INC. dba CITIZENS BANK, N.A., a Rhode Island banking corporation,<br><br>                    Defendant. | Case No. 2:25-cv-02294<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES RE MOTION TO VACATE ARBITRATION AWARD** |

Defendant, Shift4 Payments, LLC, by and through its attorneys of record, the law firm of Hutchison & Steffen, PLLC and Plaintiff, The Pretty Kitty, Inc., by and through its attorneys of record, the law firm of TALG, NV, Ltd. (collectively, the "Parties") hereby stipulate and agree to extend the briefing deadlines with respect to Plaintiff's Motion to Vacate Arbitration Award filed on November 19, 2025 (Doc. 6) (the "Motion"), and pursuant to Local Rule IA 6-1, state as follows:

This is the parties' first request to extend the briefing deadlines with respect to the Motion. On November 19, 2025, counsel for Plaintiff contacted counsel for Defendant advising that

1  Plaintiff would be filing the Motion and inquiring as to whether counsel for Defendant would
2  agree to accept service of the Motion. On November 20, 2025, counsel for Defendant received
3  permission to accept service of the Motion and advised counsel for Plaintiff of the same on the
4  same day. Plaintiff delivered a hard copy of the Motion to Hutchison & Steffen on the afternoon
5  of November 20th, which counsel for Defendant reviewed for the first time on the morning of
6  November 21st. Counsel for Defendant was not aware that the Motion had been filed and a
7  response deadline of December 3, 2025, had already been set by the Court when agreeing to
8  accept service. Given the Thanksgiving Holiday and counsel for Defendant's already set personal
9  plans that week, there was insufficient time to respond adequately to the Motion and its
10 appendices of exhibits.
11    Counsel for Plaintiff graciously agreed to the proposed extension of Defendant's response
12 deadline and requested a reciprocal extension of the reply deadline. Given the foregoing, as well
13 as the legal issues presented in the Motion and the voluminous record from the underlying
14 arbitration proceeding, counsel submits that the proposed briefing schedule is reasonable and
15 warranted.
16 ////
17 ////
18 ////
19 ////

IT IS THEREFORE STIPLATED that Defendant's deadline to respond to Plaintiff's Motion to Vacate Arbitration Award currently due December 3, 2025, shall be extended to December 17, 2025 and the Plaintiff's reply shall be due on January 7, 2026.

**ORDER**

**IT IS SO ORDERED.**

DATED this 1st day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Jeffrey R. Hall*

Jeffrey R. Hall (9572)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Shift4 Payments, LLC*

TALG, NV, LTD.

*/s/ Ismail Amin*

Ismail Amin, (9343)
Carlyn Nordling, (16943)
5852 S. Durango Drive, Suite 105
Las Vegas, NV 89113

*Attorneys for The Pretty Kitty, Inc.*